NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WILLIAM E. NEWLAND,     )
                        )
     Appellant,     )
                        )
v.                 )     Case No. 2D18-2128
                        )
STATE OF FLORIDA,     )
                        )
     Appellee.     )
_____ )

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Chris Helinger, Judge.

William E. Newland, pro se.


PER CURIAM.


Affirmed.


NORTHUCTT, KHOUZAM, and SALARIO, JJ., Concur.